

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
08/04/2017

| | | |
|---|---|---|
| IN RE: | § | |
| OIL PATCH TRANSPORTATION, INC. | § | Case No. 17-80152 |
|     Debtor in Possession | § | Chapter 11 |

### ORDER ON DEBTOR'S EMERGENCY MOTION TO CONTINUE

All hearings set for August 4, 2017 at 3:00 p.m. in the captioned case are continued to August 18, 2017 at 2:00 p.m.

Signed:

August 04, 2017

_____
Marvin Isgur
United States Bankruptcy Judge

The Gerger Law Firm, PLLC

By: _/s/ Alan S. Gerger_____
Alan S. Gerger
Texas State Bar No. 07816350
Texas Federal ID 2646
2211 Norfolk Street, Suite 517
Houston, Texas 77098
Telephone: 713-300-1430
Facsimile: 888-317-0281
asgerger@gerglaw.com
bkpfilings@gerglaw.com

ATTORNEY FOR OIL PATCH
TRANSPORTATION INC.