

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
08/15/2017

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| OIL PATCH TRANSPORTATION, INC., | ) | CASE NO. 17-80152 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION FOR CONTINUANCE OF AUGUST 18, 2017 HEARING

The Motion of SunTrust Equipment Financing and Leasing Corp. to continue the August 18, 2017 hearing on its Motion for Relief from Stay, or in the Alternative, to Compel Adequate Protection (the "Motion") [Dkt. 39] having been read and considered, and for good cause shown, it is hereby

ORDERED that the hearing on the Motion currently scheduled for August 18, 2017 at 2:00 p.m. is hereby continued to October 5, 2017 at 2:30 p.m.                    .

Signed:

August 15, 2017

Marvin Isgur
United States Bankruptcy Judge

Prepared and submitted by:

/s/ Sameer K. Kapoor
SAMEER K. KAPOOR
Georgia Bar No. 407525
*Admitted *Pro Hac Vice*
ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 450
Atlanta, Georgia 30326
(470) 427-3705 – Telephone
(404) 500-5975 – Facsimile
Email: sameer.kapoor@arlaw.com
Attorneys for SunTrust Equipment
Finance & Leasing Corp.